## SCHULTZ *v.* VANDERBYE ET AL.

[No. 13,909.   Filed June 24, 1930.]

704

*Sallwasser & Sallwasser*, for appellants.

*Robert H. Moore, Lemuel Darrow, Earl Rowley* and *C. V. Shields*, for appellees.

PER CURIAM.—The only error assigned is the overruling of the motion for a new trial. No exception having been taken to such ruling, the judgment is affirmed.